JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Jason R. Vener, SBN: 267941
    E-mail: jvener@johnsonpham.com
Hung Q. Pham., SBN: 276613
    E-mail: ppham@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:  (818) 888-7544

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

FILED
CLERK, U.S. DISTRICT COURT

JUL  1 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>DIGISOFT, LLC, a Washington Limited Liability Company; and DOES 1-10, Inclusive,<br><br>        Defendants. | Case No.:- 5368 PSG-CW<br><br>**COMPLAINT FOR DAMAGES:**<br><br>(1) **FEDERAL TRADEMARK INFRINGEMENT [15 U.S.C. § 1114 / Lanham Act §32(a)];**<br>(2) **FALSE DESIGNATION OF ORIGIN / FALSE OR MISLEADING ADVERTISING / UNFAIR COMPETITION [15 U.S.C. §1125(a) / Lanham Act §43(a)];**<br>(3) **TRADEMARK DILUTION [15 U.S.C. §1125(c)];**<br>(4) **FEDERAL COPYRIGHT INFRINGEMENT [17 U.S.C. §501(a)];**<br>(5) **UNLAWFUL / UNFAIR / FRAUDULENT BUSINESS PRACTICES [California Business & Professions Code §17200];**<br><br>**[DEMAND FOR JURY TRIAL]** |

-1-
**COMPLAINT FOR DAMAGES**

1    COMES NOW, Plaintiff ADOBE SYSTEMS INCORPORATED
2    (hereinafter "Plaintiff") hereby files its Complaint for Damages against DIGISOFT,
3    LLC, and Does 1-10, inclusive (collectively "Defendants").

4                                      **PARTIES**

5        1.    Plaintiff is now, and was at the time of the filing of this Complaint
6    and at all intervening times, a corporation duly organized and existing under the
7    laws of the State of Delaware, having its principal place of business in the State of
8    California.

9        2.    Plaintiff is informed and believes that Defendant DIGISOFT, LLC, is
10   now, and was at the time of the filing of this Complaint and at all intervening
11   times, a Washington state limited liability company having a principal place of
12   business in Belleview, Washington.

13       3.    The true names and capacities, whether individual, corporate,
14   associate or otherwise, of Defendants herein named as Does 1-10, inclusive, are
15   unknown to Plaintiff.  Plaintiff therefore sues said Defendants by such fictitious
16   names.    When the true names and capacities of said Defendants have been
17   ascertained, Plaintiff will amend this pleading accordingly.

18       4.    Plaintiff further alleges that Defendant DIGISOFT, LLC, and Does 1-
19   10, inclusive, sued herein by fictitious names are jointly, severally and
20   concurrently liable and responsible with the named Defendants upon the causes of
21   action hereinafter set forth.

22       5.    Plaintiff is informed and believes and thereon alleges that at all times
23   mentioned herein Defendant DIGISOFT, LLC,, and Does 1-10, inclusive, and each
24   of them, were the agents, servants and employees of every other Defendant and the
25   acts of each Defendant, as alleged herein, were performed within the course and
26   scope of that agency, service or employment.

27   / / /

28   / / /

## JURISDICTION

6.     This Court has Federal subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§1331 and 1338(a) and (b), in that the case arises out of claims for trademark infringement, false designation of origin / false or misleading advertising / unfair competition and dilution under the Lanham Act (15 *U.S.C.* §1051 *et seq.*), and copyright infringement under 17 U.S.C. §501(a).

7.     This Court has supplemental jurisdiction pursuant to 28 U.S.C. §§1367(a) and 1338 (a)(b).

8.     Venue is proper, *inter alia*, pursuant to 28 U.S.C. §1391(b) because on information and belief, a substantial part of the events or omissions giving rise to the claim occurred in this judicial district, and has caused damages to Plaintiff in this district.

9.     This Court has personal jurisdiction over Defendants since Defendants have committed acts of infringement and unfair competition in this district and Defendants have sufficient minimum contacts with this district to such that the exercise of jurisdiction over Defendants by this Court does not offend traditional notions of fair play and substantial justice. Among other things, Defendants have advertised, offered to sell and sold unauthorized and counterfeit software products that infringe the trademarks and copyrights of Plaintiff within the State of California.

10.     Personal jurisdiction exists over Defendants because on information and belief, Defendants conduct business in California and in this judicial district, have purposefully directed action to California and this district, or have otherwise availed themselves of the privileges and protections of the laws of the State of California, such that this Court's assertion of jurisdiction over Defendants does not offend traditional notions of fair play and due process.

11.     Additionally, supplemental jurisdiction exists over Defendants because, on information and belief, Defendants conduct business in California and

1   in this judicial district, and have purposefully directed action to California and this
2   district, or have otherwise availed themselves of the privileges and protections of
3   the laws of the State of California, such that this Court's assertion of jurisdiction
4   over Defendants does not offend traditional notions of fair play and due process.

5   **GENERAL ALLEGATIONS**

6   **Plaintiff and its Famous ADOBE® Software Products**

7       12.    Plaintiff is a global leader in developing and distributing innovative
8   computer software.  Its products and services offer developers and enterprises tools
9   for creating, managing, delivering and engaging with compelling content across
10  multiple operating systems, devices and media.  The software industry is
11  competitive, and Plaintiff undertakes great expense and risk in conceiving,
12  developing, testing, manufacturing, marketing, and delivering its software products
13  to consumers.  Software piracy undermines Plaintiff's investment and creativity,
14  and misleads and confuses consumers.

15      13.    The success of Plaintiff's ADOBE® and ACROBAT® products and
16  services is due in part to Plaintiff's marketing and promotional efforts.  These
17  efforts include advertising and promotion through Plaintiff's websites, print and
18  other internet-based advertising, among other efforts.  Plaintiff has spent
19  substantial time, money and effort in building up and developing consumer
20  recognition, awareness and goodwill in its ADOBE® and ACROBAT® products,
21  services and marks.

22      14.    The success of the ADOBE® ACROBAT® software and other
23  products and services related thereto is not due to Plaintiff's promotional efforts
24  alone.  Rather, the popularity of ADOBE® is also due in part to consumers, and
25  the word of mouth buzz consumers have generated.

26      15.    As a result of Plaintiff's efforts, the quality of Plaintiff's products, and
27  the promotion and word of mouth buzz, the ADOBE® and ACROBAT® marks
28  and the ADOBE® ACROBAT® software, products, and services have been

- 4 -
**COMPLAINT FOR DAMAGES**

1    prominently placed in the minds of the public.  Consumers, purchasers and the
2    members of the public have become familiar with the Plaintiff's software and other
3    products and services, and have come to recognize the ADOBE® and
4    ACROBAT® marks, products and services and associate them exclusively with
5    Plaintiff – Plaintiff has acquired a valuable reputation and goodwill among the
6    public as a result of such association.  Indeed, the ADOBE® and ACROBAT®
7    marks are famous in the United States.

8        16.    While Plaintiff has gained significant common law trademark and
9    other rights in its ADOBE® and ACROBAT® products and services through its
10   use, advertising and promotion, Plaintiff has also protected its valuable rights by
11   filing for and obtaining federal trademark and copyright registrations.

12       17.    Plaintiff has secured registrations for its ADOBE® and ACROBAT®
13   trademarks with the United States Patent and Trademark Office.  A non-exhaustive
14   compilation of Plaintiff's trademark registrations is attached hereto as **Exhibit A**
15   (hereinafter collectively referenced and referred to as Plaintiff's Trademarks).

16       18.    Similarly, Plaintiff's ADOBE® software is copyrightable subject
17   matter, and Plaintiff has secured registrations for its copyrightable ADOBE®
18   ACROBAT® software, among others, with the United States Copyright Office.  A
19   non-exhaustive list of Plaintiff's copyright registrations is attached hereto as
20   **Exhibit B** (hereinafter collectively referenced and referred to as Plaintiff's
21   Copyrights).

22       19.    Particularly in light of the success of Plaintiff and Plaintiff's products
23   as well as the reputation they have gained, Plaintiff and its products have become
24   targets for unscrupulous individuals and entities who wish to take a free ride on
25   both the goodwill, reputation and fame Plaintiff has spent considerable effort to
26   build up in its products and marks, and the works embodied in Plaintiff's software
27   products.

28   / / /

- 5 -
**COMPLAINT FOR DAMAGES**

1    20.    A large number of individuals and entities deal in unauthorized,
2  pirated and counterfeit ADOBE®-branded software products and other products
3  and services, including the famous ACROBAT® products. Their actions vary and
4  include manufacturing, copying, exporting, importing, advertising, promoting,
5  selling, and distributing counterfeit and otherwise unauthorized products.

6    21.    Plaintiff investigates and enforces against such activity, and through
7  such efforts learned of Defendants, and Defendants' actions, advertising, sales and
8  infringing conduct.  Defendants own and operate an interactive Internet website,
9  www.digisoftstore.com ("digisoftstore.com"), offering for sale various software
10  products, including altered, unauthorized and/or counterfeit ADOBE®-branded
11  software products.

12                **Defendants' Wrongful and Infringing Conduct**

13    22.    Defendants are not authorized distributors or resellers of Plaintiff's
14  software products, including electronic software download ("ESD") ADOBE® -
15  brand products.

16    23.    On or about September 25, 2013, Plaintiff's investigator purchased a
17  purported Adobe Acrobat XI Professional 2 - PC - Download from Defendants'
18  website, digisoftstore.com, for a cost of $298.99.

19    24.    Defendants   provided   Plaintiff's   investigator   with   download
20  installation instructions and a serial number to activate the download purchased on
21  or about September 25, 2013. Plaintiff has confirmed that the serial number
22  provided by Defendants for the ESD purchased was unauthorized OEM serial
23  number intended for bundle use only with the purchase of electronic equipment
24  and not for individual sale.

25    25.    Based upon Defendant's illegal sale of counterfeit ESD Adobe® -
26  branded products, Plaintiff is informed and believes that Defendants purchase, sell,
27  and numerous software programs infringing upon Plaintiff's Trademarks and
28  Copyrights.

26.     By this sale and on information and belief, Defendants have advertised, marketed, offered to sale, sold and distributed numerous counterfeit and unauthorized software programs that infringe on Plaintiff's trademarks and copyrights. Defendants other numerous dealings in counterfeit and unauthorized product (including importing, advertising, displaying, distributing, selling and/or offering to sell counterfeit and unauthorized product) violate Plaintiff's exclusive rights in its copyrighted material, and use images and marks that are confusingly similar to, identical to, and/or constitute counterfeit reproductions of Plaintiff's trademarks to confuse consumers and aid in the promotion and sales of its unauthorized product.  Defendants' conduct and use began long after Plaintiff's adoption and use of its ADOBE® and ACROBAT® trademarks, after Plaintiff obtained the copyright and trademark registrations alleged above, and after Plaintiffs marks became famous.  Indeed, Defendants had knowledge of Plaintiff's ownership of the marks, and of the fame in such marks, prior to the actions alleged herein, and adopted them in bad faith and with intent to cause confusion and dilute Plaintiff's marks.

27.     Defendants' actions were committed in bad faith and with the intent to dilute Plaintiff's marks, and to cause confusion and mistake, and to deceive the consuming public and the public at large as to the source, sponsorship and/or affiliation of Defendants, and/or Defendants' counterfeit and unauthorized goods. By their wrongful conduct, Defendants have traded upon and diminished Plaintiff's goodwill.

28.     In committing these acts, Defendants have, among other things, willfully and in bad faith committed the following, all of which has and will continue to cause irreparable harm to Plaintiff:  (i) infringed and diluted Plaintiff's rights in Plaintiff's Trademarks; (ii) infringed Plaintiff's Copyrights; (iii) applied counterfeit marks; (iv) misled the public into believing there is an association or connection between Defendants and Plaintiff and/or the products advertised and

1  sold by Defendants and Plaintiff; (v) used false designations of origin on or in
2  connection with its goods and services; (vi) committed unfair competition; (vii)
3  and unfairly profited from such activity. Unless enjoined, Defendants will
4  continue to cause irreparable harm to Plaintiffs.

5  ## FIRST CAUSE OF ACTION

6  **(Infringement of Registered Trademarks Against Defendant DIGISOFT,**
7  **LLC, and Does 1-10, Inclusive)**
8  **[15 U.S.C. §1114/Lanham Act §32(a)]**

9      29.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs
10  1-28.

11      30.    Plaintiff has continuously used its ADOBE® and ACROBAT® marks
12  in interstate commerce since at least as early as 1993.

13      31.    Plaintiff, as the owner of all right, title and interest in and to the
14  ADOBE® and ACROBAT® marks, has standing to maintain an action for
15  trademark infringement under the Trademark Statute 15 U.S.C. §1114.

16      32.    Defendants are and at the time of their actions complained of herein
17  were actually aware that Plaintiff is the registered trademark holder of the
18  ADOBE® and ACROBAT® marks (*see* non-exhaustive list of Plaintiff's
19  trademark registrations attached hereto as **Exhibit A**).

20      33.    Defendants did not and failed to obtain the consent or authorization of
21  Plaintiff as the registered owner of the marks to deal in and commercially
22  distribute, market and sell ADOBE® ACROBAT® software products bearing
23  Plaintiff's ADOBE® and ACROBAT® marks into the stream of commerce.

24      34.    Defendants intentionally and knowingly used in commerce the
25  reproductions, counterfeits, copies, and/ or colorable imitations of Plaintiff's
26  registered marks in connection with the sale, offering for sale, distribution, or
27  advertising of Defendant's goods by offering, advertising, promoting, retailing,
28

1  selling, and distributing counterfeit and/or unauthorized ADOBE® ACROBAT®
2  software bearing the ADOBE® and ACROBAT® marks.

3      35.    Defendants reproduced, counterfeited, copied, and colorably imitated
4  Plaintiff's Trademarks and applied such reproductions, counterfeits, copies, or
5  colorable imitations to labels, signs, prints, packages, wrappers, receptacles and/or
6  advertisements intended to be used in commerce upon or in connection with the
7  sale, offering for sale, distribution, and/or advertising of goods.   Defendants
8  thereupon offered, advertised, promoted, retailed, sold, and distributed counterfeit
9  ACROBAT® software bearing the ACROBAT® and ADOBE® Trademarks.

10     36.    Defendants' egregious and intentional use and sale of fake, pirated
11 and counterfeit items bearing Plaintiff's trademarks is likely to cause confusion, or
12 to cause mistake, or to deceive, mislead, betray, and defraud consumers who
13 believe that Defendants' items are authentic products manufactured by Plaintiff.

14     37.    Defendants' acts have been committed with knowledge of Plaintiff's
15 exclusive rights and goodwill in the marks, as well as with bad faith and the intent
16 to cause confusion or to cause mistake and to deceive.

17     38.    Plaintiff has suffered and will continue to suffer substantial and
18 irreparable injury, loss and damage to its rights in and to Plaintiff's Trademarks
19 and the goodwill associated therewith, for which it has no adequate remedy at law;
20 thus Plaintiff requests injunctive relief.

21     39.    Defendants' continued and knowing use of Plaintiff's marks without
22 Plaintiff's consent or authorization constitutes intentional infringement of
23 Plaintiff's federally registered trademarks in violation of Section 32 of the *Lanham*
24 *Act*, 15 *U.S.C.* §1114.   Based on such conduct, Plaintiff is entitled to injunctive
25 relief as well as monetary damages, and other remedies provided by section 1116,
26 1117, and 1118, including Defendants' profits, treble damages, reasonable
27 attorneys' fees, costs and prejudgment interest.

28 / / /

1

**SECOND CAUSE OF ACTION**

2

**(False Designation of Origin / False or Misleading Advertising / Unfair**

3

**Competition Against Defendant DIGISOFT, LLC, and Does 1-10, Inclusive)**

4

**[15 U.S.C. §1125(a)/Lanham Act §43(a)]**

5          40.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs

6     1-39.

7          41.    Plaintiff, as the owner of all common law right, title, and interest in

8     and to the Plaintiff's Trademarks, has standing to maintain an action for false

9     designation of origin and unfair competition under the Federal Trademark Statute,

10    Lanham Act section 43(a) (15 U.S.C. §1125). Plaintiff's Trademarks are inherently

11    distinctive and/or have acquired distinctiveness.

12         42.    Defendants have without authorization, on or in connection with its

13    goods and services, used in commerce marks that are confusingly similar to

14    Plaintiff's Trademarks, and/or has made false designations of origin which are

15    likely to cause confusion or cause mistake or to deceive as to the affiliation,

16    connection or association of Defendants with Plaintiff, and/or as to the origin,

17    sponsorship or approval of Defendants' goods or services or commercial activities.

18         43.    Defendants' conduct described above violates the Lanham Act, and

19    Defendants have unfairly competed with and injured and, unless immediately

20    restrained, will continue to injure Plaintiff, causing damage to Plaintiff in an

21    amount to be determined at trial, and will cause irreparable injury to Plaintiff's

22    goodwill and reputation associated with the value of Plaintiff's mark.

23         44.    On information and belief, the conduct of Defendants has been

24    knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to

25    deceive and in blatant disregard of Plaintiff's rights.

26         45.    Defendants knew or, by the exercise of reasonable care, should have

27    known that their adoption and commencement of use in commerce and continuing

28    use of marks that are confusingly similar to and constitute a counterfeit

- 10 -

**COMPLAINT FOR DAMAGES**

1  reproduction of Plaintiff's marks would cause confusion, mistake, or deception
2  among purchasers, users and the public.

3  46.    Defendants' egregious and intentional use and sale of fake, pirated
4  and counterfeit items bearing Plaintiff's trademarks unfairly competes with
5  Plaintiff and is likely to cause confusion, mistake, or to deceive, mislead, betray,
6  and defraud consumers to believe that the substandard imitations are genuine
7  products.

8  47.    Defendants' continuing and knowing use of Plaintiff's mark
9  constitutes false designation of origin and unfair competition in violation of
10  Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), causing Plaintiff to suffer
11  substantial and irreparable injury for which it has no adequate remedy at law.

12  48.    Defendants' wrongful conduct has permitted or will permit it to make
13  substantial sales and profits on the strength of Plaintiff's marketing, advertising,
14  sales and consumer recognition.  As a direct and proximate result of Defendants'
15  wrongful conduct, as alleged herein, Plaintiff has been and will be deprived of
16  sales of its products in an amount as yet unknown but to be determined at trial, and
17  has been deprived and will be deprived of the value of its marks as commercial
18  assets in an amount as yet unknown but to be determined at trial.  Plaintiff seeks an
19  accounting of Defendants' profits, and requests that the Court grant Plaintiff three
20  times that amount in the Court's discretion.

21  49.    Based on Defendants' wrongful conduct, Plaintiff is entitled to
22  injunctive relief as well as monetary damages, and other remedies as provided by
23  the Lanham Act, including Defendants' profits, treble damages, reasonable
24  attorneys' fees, costs and prejudgment interest.

25  ///
26  ///
27  ///
28  ///

**THIRD CAUSE OF ACTION**

**(Dilution Against Defendant DIGISOFT, LLC, and Does 1-10, Inclusive)**

**[15 U.S.C. §1125(c)]**

50.　Plaintiff repeats and re-alleges every allegation set forth in Paragraphs 1-49.

51.　Plaintiff's Trademarks are distinctive and famous within the meaning of the Lanham Act.

52.　Upon information and belief, Defendants' unlawful actions began long after Plaintiff's mark became famous, and Defendants acted knowingly, deliberately and willfully with the intent to trade on Plaintiff's reputation and to dilute Plaintiff's mark. Defendants' conduct is willful, wanton and egregious.

53.　Defendants' intentional sale of fake, pirated and counterfeit items bearing Plaintiff's marks is likely to cause confusion, mistake, or to deceive, mislead, betray, and defraud consumers to believe that the substandard imitations are genuine ACROBAT® software. The actions of Defendants complained of herein have diluted and will continue to dilute Plaintiff's marks, and are likely to impair the distinctiveness, strength and value of Plaintiff's marks, and injure the business reputation of Plaintiff and its marks.

54.　Defendants' acts have caused and will continue to cause Plaintiff irreparable harm. Plaintiff has no adequate remedy at law to compensate it fully for the damages that have been caused and which will continue to be caused by Defendants' unlawful acts, unless they are enjoined by this Court.

55.　As the acts alleged herein constitute a willful violation of section 43(c) of the Lanham Act, 15 U.S.C. section 1125(c), Plaintiff is entitled to injunctive relief as well as monetary damages and other remedies provided by 15 U.S.C. §§1116, 1117, 1118, and 1125(c), including Defendants' profits, treble damages, reasonable attorney's fees, costs and prejudgment interest.

///

**FOURTH CAUSE OF ACTION**

**(Federal Copyright Infringement Against Defendant DIGISOFT, LLC, and Does 1-10, Inclusive)**

**[17 U.S.C. §501(a)]**

56.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs 1-55.

57.    Plaintiff is the exclusive owner of copyrights in and related to its software products and possesses copyright registrations with the United States Copyright Office relating to the same.

58.    Defendants did not seek and failed to obtain Plaintiff's consent or authorization to utilize, manufacture, reproduce, copy, display, prepare derivative works, distribute, sell, transfer, rent, perform, and/or market Plaintiff's copyright-protected materials.

59.    Without permission, Defendants intentionally and knowingly reproduced, counterfeited, copied, displayed, and/or manufactured Plaintiff's protected works by offering, advertising, promoting, retailing, selling, distributing counterfeit ADOBE® - branded software which are at a minimum substantially similar to Plaintiff's copyright protected works (*see* non-exhaustive list of Plaintiff's copyright registrations attached hereto as **Exhibit B**).

60.    Defendants' acts as alleged herein, constitute infringement of Plaintiff's copyright, including Plaintiff's exclusive rights to reproduce, distribute and/or sell such protected material.

61.    Defendants' knowing and intentional copyright infringement as alleged herein has caused and will continue to cause substantial and irreparable harm to Plaintiff and has and will continue to cause damage to Plaintiff. Plaintiff is therefore entitled to injunctive relief, damages, Defendants' profits, increased damages, and reasonable attorney's fees and costs.

/ / /

## FIFTH CAUSE OF ACTION

**(Unlawful, Unfair, Fraudulent Business Practices Against Defendant**

**DIGISOFT, LLC,, and Does 1-10, Inclusive)**

*[California Business & Professions Code §17200 et seq.]*

62.     Plaintiff repeats and re-alleges every allegation set forth in Paragraphs 1-61.

63.     By marketing, advertising, promoting, selling and/or otherwise dealing in the counterfeit ADOBE® products, Defendants have engaged in unfair competition including unlawful, unfair and fraudulent business practices in violation of the California Business and Professions Code §17200 *et seq.*

64.     Defendants' marketing, advertising, promoting, selling and/or otherwise dealing in the counterfeit ADOBE® products is in violation and derogation of Plaintiff's rights and is likely to cause confusion, mistake and deception among consumers and the public as to the source, origin, sponsorship, or quality of the goods of Defendant, thereby causing loss, damage and injury to Plaintiff and to the purchasing public. Defendants' conduct was intended to cause such loss, damage and injury.

65.     Defendants knew or by the exercise of reasonable care should have known that their marketing, advertising, promoting, selling and/or otherwise dealing in and their continuing marketing, advertising, promoting, selling and/or otherwise dealing in the counterfeit product would cause confusion mistake or deception among purchasers, users and the public.

66.     By marketing, advertising, promoting, selling and/or otherwise dealing in and their continuing marketing, advertising, promoting, selling and/or otherwise dealing in counterfeit versions of Plaintiffs marks and products, Defendants intended to and did induce and intends to and will induce customers to purchase its products by trading off the extensive goodwill built up by Plaintiff's in its marks.

67.     Upon information and belief, the conduct of Defendants has been knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to deceive, and in disregard of Plaintiff's rights.

68.     Defendants' wrongful conduct, as alleged above, has permitted and will permit them to make substantial sales and profits on the strength of Plaintiff's nationwide marketing, advertising, sales and consumer recognition.  As a direct and proximate result of Defendants' wrongful conduct, as alleged herein, Plaintiff has been and will be deprived of substantial sales of its products in an amount as yet unknown but to be determined at trial, and has been and will be deprived of the value of its trademarks as commercial assets, in an amount as yet unknown but to be determined at trial.  Plaintiff seeks restitution in this matter, including an order granting Defendants' profits stemming from its infringing activity, and its actual and/or compensatory damages.

69.     Plaintiff has no adequate remedy at law for Defendants' continuing violation of its rights set forth above.  Plaintiff seeks injunctive relief.

70.     Plaintiff further requests a court order that an asset freeze or constructive trust be imposed over all monies in Defendants' possession which rightfully belong to Plaintiff.

WHEREFORE, Plaintiff Adobe Systems Incorporated prays for judgment against Defendant DIGISOFT, LLC, and Does 1-10, inclusive, and each of them, as follows:

A. For an award of Defendants' profits and Plaintiff's damages in an amount to be proven at trial for trademark infringement under 15 U.S.C. §1114(a);

B. For an award of Defendants' profits and Plaintiff's damages in an amount to be proven at trial for copyright infringement under 17 U.S.C. §501(a);

C. For an award of Defendants' profits and Plaintiff's damages in an amount to be proven at trial for false designation of origin and unfair competition

- 15 -
**COMPLAINT FOR DAMAGES**

under 15 U.S.C. §1125(a);

D. For an award of Defendants' profits and Plaintiff's damages in an amount to be proven at trial for trademark dilution under 15 U.S.C. §1125(c);

E. In the alternative to actual damages and Defendants' profits for the infringement and counterfeiting of Plaintiff's trademark pursuant to the Lanham Act, for statutory damages pursuant to 15 U.S.C. §1117(c), which election Plaintiff will make prior to the rendering of final judgment;

F. In the alternative to actual damages and Defendants' profits pursuant to 17 U.S.C. §504(b), for statutory damages pursuant to 17 U.S.C. §504(c), which election Plaintiff will make prior to the rendering of final judgment;

G. For restitution in an amount to be proven at trial for unfair, fraudulent and illegal business practices under *Business and Professions Code* §17200;

H. For consequential and compensatory damages;

I. For an injunction by this Court prohibiting Defendants from engaging or continuing to engage in the unlawful, unfair, or fraudulent business acts or practices described herein, including the advertising and/or dealing in any counterfeit product; the unauthorized use of any mark, copyright or other intellectual property right of Plaintiff; acts of trademark infringement or dilution; acts of copyright infringement; false designation of origin; unfair competition; and any other act in derogation of Plaintiff's rights;

J. For an order from the Court requiring that Defendants provide complete accountings and for equitable relief, including that Defendants disgorge and return or pay their ill-gotten gains obtained from the illegal transactions entered into and or pay restitution, including the amount of

1     monies that should have been paid if Defendants' complied with their
2     legal obligations, or as equity requires;

3     K. For an order from the Court that an asset freeze or constructive trust be
4        imposed over all monies and profits in Defendants' possession which
5        rightfully belong to Plaintiff;

6     L. For destruction of the infringing articles in Defendants' possession under
7        15 U.S.C. §1118 and 17 U.S.C. §503;

8     M. For treble damages suffered by Plaintiff as a result of the willful and
9        intentional infringements and acts of counterfeiting engaged in by
10       Defendants, under 15 U.S.C. §1117(b);

11    N. For damages in an amount to be proven at trial for unjust enrichment;

12    O. For Plaintiff's reasonable attorney's fees;

13    P. For all costs of suit; and

14    Q. For such other and further relief as the Court may deem just and
15       equitable.

16                        **DEMAND FOR JURY TRIAL**

17       Plaintiff ADOBE SYSTEMS INCORPORATED respectfully demands a
18    trial by jury in this action.

19

20    DATED:  July 9 ___, 2014                    JOHNSON & PHAM, LLP

21

22                                               By: _____
                                                 Christopher D. Johnson, Esq.
23                                               Christopher Q. Pham, Esq.
                                                 Jason R. Vener, Esq.
24                                               Hung Q. Pham, Esq.
25                                               Attorneys for Plaintiff
                                                 ADOBE SYSTEMS
26                                               INCORPORATED

27

28

                                    - 17 -
                        **COMPLAINT FOR DAMAGES**

EXHIBIT A

| Trademark Registration No.: | Title of Work: | Rights Owner: |
|---|---|---|
| 2,081,343 | A | Adobe Systems Incorporated |
| 1,988,710 | A | Adobe Systems Incorporated |
| 3,032,288 | A | Adobe Systems Incorporated |
| 3,652,388 | A | Adobe Systems Incorporated |
| 3,652,387 | A | Adobe Systems Incorporated |
| 3,652,386 | A | Adobe Systems Incorporated |
| 1,901,149 | A Adobe | Adobe Systems Incorporated |
| 1,852,943 | "A" (ACROBAT DESIGN) | Adobe Systems Incorporated |
| 1,988,711 | A | Adobe Systems Incorporated |
| 3,652,384 | ACROBAT | Adobe Systems Incorporated |
| 3,652,383 | ACROBAT | Adobe Systems Incorporated |
| 3,652,382 | ACROBAT | Adobe Systems Incorporated |
| 2,068,523 | ACROBAT | Adobe Systems Incorporated |
| 1,833,219 | ACROBAT | Adobe Systems Incorporated |
| 1,997,398 | ACROBAT CAPTURE | Adobe Systems Incorporated |
| 3,380,847 | ACTIONSCRIPT | Adobe Systems Incorporated |
| 2,221,926 | ACTIVETEST | Macromedia, Inc. |
| 1,475,793 | ADOBE | Adobe Systems Incorporated |
| 1,486,895 | ADOBE | Adobe Systems Incorporated |
| 1,956,216 | ADOBE | Adobe Systems Incorporated |
| 1,988,712 | ADOBE | Adobe Systems Incorporated |
| 3,029,061 | ADOBE | Adobe Systems Incorporated |
| 3,548,719 | ADOBE AIR | Adobe Systems Incorporated |

| 2,861,671 | ADOBE AUDITION | Adobe Systems Incorporated |
|---|---|---|
| 1,855,098 | ADOBE DIMENSIONS | Adobe Systems Incorporated |
| 2,916,709 | ADOBE ENCORE | Adobe Systems Incorporated |
| 1,631,416 | ADOBE GARAMOND | Adobe Systems Incorporated |
| 1,479,408 | ADOBE ILLUSTRATOR | Adobe Systems Incorporated |
| 3,065,143 | ADOBE LIVECYCLE | Adobe Systems Incorporated |
| 1,673,308 | ADOBE ORIGINALS DESIGN | Adobe Systems Incorporated |
| 1,651,380 | ADOBE PHOTOSHOP | Adobe Systems Incorporated |
| 1,769,184 | ADOBE PREMIERE | Adobe Systems Incorporated |
| 1,605,378 | ADOBE TYPE MANAGER | Adobe Systems Incorporated |
| 1,707,807 | ADOBE WOOD TYPE | Adobe Systems Incorporated |
| 1,970,781 | AFTER EFFECTS | Adobe Systems Incorporated |
| 1,970,781 | AFTER EFFECTS | Adobe Systems Incorporated |
| 1,977,310 | ALEXA | Adobe Systems Incorporated |
| 3,548,718 | AIR | Adobe Systems Incorporated |
| 2,234,653 | ANDREAS | Adobe Systems Incorporated |
| 3,438,976 | ARNO | Adobe Systems Incorporated |
| 3,484,805 | ARNO | Adobe Systems Incorporated |
| 1,961,762 | AUTHORWARE | Adobe Systems Incorporated |
| 2,034,149 | BALZANO | Adobe Systems Incorporated |
| 2,137,197 | BANSHEE | Adobe Systems Incorporated |
| 2,024,607 | BENSON SCRIPTS | Adobe Systems Incorporated |
| 2,137,890 | BICKHAM SCRIPT | Adobe Systems Incorporated |
| 1,692,614 | BIRCH | Adobe Systems Incorporated |

| 1,692,613 | BLACKOAK | Adobe Systems Incorporated |
|-----------|----------|----------------------------|
| 2,523,062 | BLUE ISLAND | Adobe Systems Incorporated |
| 3,502,888 | BOLT DESIGN | Adobe Systems Incorporated |
| 2,799,082 | BRIOSO | Adobe Systems Incorporated |
| 3,688,153 | BUSINESSCATALYST | Adobe Systems Incorporated |
| 3,422,754 | BUZZWORD | Adobe Systems Incorporated |
| 1,892,606 | CAFLISCH SCRIPT | Adobe Systems Incorporated |
| 2,449,593 | CALCITE | Adobe Systems Incorporated |
| 1,982,999 | CALIBAN | Adobe Systems Incorporated |
| 3,184,511 | CAPTIVATE | Adobe Systems Incorporated |
| 3,136,772 | CAPTIVATE | Adobe Systems Incorporated |
| 3,189,917 | CAPTIVATE | Adobe Systems Incorporated |
| 1,582,280 | CARTA | Adobe Systems Incorporated |
| 2,089,496 | CHAPARRAL | Adobe Systems Incorporated |
| 1,629,024 | CHARLEMAGNE | Adobe Systems Incorporated |
| 3,502,888 | CILE AND BLACK MARK | Adobe Systems Incorporated |
| 1,901,215 | CLASSROOM IN A BOOK | Adobe Systems Incorporated |
| 2,993,457 | CO-AUTHOR | Adobe Systems Incorporated |
| 1,971,442 | COLD FUSION | Adobe Systems Incorporated |
| 2,113,033 | CONGA BRAVA | Adobe Systems Incorporated |
| 3,143,377 | CONTRIBUTE | Adobe Systems Incorporated |
| 1,982,985 | COPAL | Adobe Systems Incorporated |
| 2,164,702 | CORIANDER | Adobe Systems Incorporated |
| 1,628,152 | COTTONWOOD | Adobe Systems Incorporated |

| | | |
|---|---|---|
| 3,111,341 | CREATIVE SUITE | Adobe Systems Incorporated |
| 1,873,167 | CRITTER | Adobe Systems Incorporated |
| 2,093,645 | CRONOS | Adobe Systems Incorporated |
| 1,665,322 | CUSTOMERFIRST | Adobe Systems Incorporated |
| 3,109,946 | CUSTOM INSIGHT | Adobe Systems Incorporated |
| 1,600,438 | DIRECTOR | Adobe Systems Incorporated |
| 1,843,525 | DISTILLER | Adobe Systems Incorporated |
| 3,484,827 | DNG | Adobe Systems Incorporated |
| 2,294,926 | DREAMWEAVER | Adobe Systems Incorporated |
| 3,276,189 | DVRACK | Adobe Systems Incorporated |
| 2,949,766 | ENCORE | Adobe Systems Incorporated |
| 2,893,662 | EPAPER | Adobe Systems Incorporated |
| 2,005,020 | EX PONTO | .Adobe Systems Incorporated |
| 3,578,808 | F | Adobe Systems Incorporated |
| 2,043,911 | FIREWORKS | Adobe Systems Incorporated |
| 2,855,434 | FLASH | Adobe Systems Incorporated |
| 2,852,245 | FLASH | Adobe Systems Incorporated |
| 3,819,617 | FLASH ACCESS | Adobe Systems Incorporated |
| 3,857,720 | FLASH BUILDER | Adobe Systems Incorporated |
| 3,551,760 | FLASHCAST | Adobe Systems Incorporated |
| 3,822,585 | FLASH CATALYST | Adobe Systems Incorporated |
| 3,473,651 | FLASH LITE | Adobe Systems Incorporated |
| 3,562,210 | FLASH ON. | Adobe Systems Incorporated |

| | | |
|---|---|---|
| 2,378,293 | FLASH READER | Adobe Systems Incorporated |
| 2,844,051 | FLASHHELP | Adobe Systems Incorporated |
| 3,166,399 | FLASHPAPER | Adobe Systems Incorporated |
| 3,370,163 | FLEX | Adobe Systems Incorporated |
| 2,198,260 | FLOOD | Adobe Systems Incorporated |
| 2,857,527 | FONT FOLIO | Adobe Systems Incorporated |
| 1,479,470 | FRAME MAKER | Adobe Systems Incorporated |
| 1,715,303 | FRAME VIEWER | Adobe Systems Incorporated |
| 2,214,844 | FREEHAND | Adobe Systems Incorporated |
| 2,245,944 | FUSUKA | Adobe Systems Incorporated |
| 2,024,281 | GALAHAD | Adobe Systems Incorporated |
| 1,935,819 | GIDDIYUP | Adobe Systems Incorporated |
| 1,935,818 | GIDDIYUP THANGS | Adobe Systems Incorporated |
| 2,432,447 | GOLIVE | Adobe Systems Incorporated |
| 3,551,717 | GRAPHITE | Adobe Systems Incorporated |
| 2,446,265 | HOMESITE | Adobe Systems Incorporated |
| 2,375,606 | HTML HELP STUDIO | Adobe Systems Incorporated |
| 3,592,994 | HYPATIA | Adobe Systems Incorporated |
| 2,060,488 | ILLUSTRATOR | Adobe Systems Incorporated |
| 2,238,581 | IMMI 505 | Adobe Systems Incorporated |
| 2,550,638 | INCOPY | Adobe Systems Incorporated |
| 2,439,079 | INDESIGN | Adobe Systems Incorporated |
| 1,626,882 | IRONWOOD | Adobe Systems Incorporated |

| | | |
|---|---|---|
| 1,980,096 | JIMBO | Adobe Systems Incorporated |
| 1,633,039 | JUNIPER | Adobe Systems Incorporated |
| 3,732,850 | KAZURAKI | Adobe Systems Incorporated |
| 2,157,319 | KEPLER | Adobe Systems Incorporated |
| 2,161,024 | KINESIS | Adobe Systems Incorporated |
| 2,607,473 | KOZUKA GOTHIC | Adobe Systems Incorporated |
| 2,263,701 | KOZUKA MINCHO | Adobe Systems Incorporated |
| 3,699,791 | KULER | Adobe Systems Incorporated |
| 3,288,605 | LIGHTROOM | Adobe Systems Incorporated |
| 1,630,698 | LITHOS | Adobe Systems Incorporated |
| 3,065,142 | LIVECYCLE | Adobe Systems Incorporated |
| 2,424,671 | MACROMEDIA | Adobe Systems Incorporated |
| 1,733,965 | MADRONE | Adobe Systems Incorporated |
| 2,448,139 | MERCADO | Adobe Systems Incorporated |
| 1,629,940 | MESQUITE | Adobe Systems Incorporated |
| 1,973,932 | MEZZ | Adobe Systems Incorporated |
| 1,798,496 | MINION | Adobe Systems Incorporated |
| 2,137,882 | MOJO | Adobe Systems Incorporated |
| 2,687,487 | MONTARA | Adobe Systems Incorporated |
| 2,672,180 | MOONGLOW | Adobe Systems Incorporated |
| 1,759,108 | MYRIAD | Adobe Systems Incorporated |
| 1,889,189 | MYTHOS | Adobe Systems Incorporated |
| 1,980,127 | NUEVA | Adobe Systems Incorporated |

| 2,130,427 | NYX | Adobe Systems Incorporated |
|---|---|---|
| 2,971,613 | O | Adobe Systems Incorporated |
| 3,375,906 | OFFERMATICA | Adobe Systems Incorporated |
| 3,021,696 | OMNITURE | Adobe Systems Incorporated |
| 3,287,161 | OMNITURE DISCOVER | Adobe Systems Incorporated |
| 3,386,437 | OMNITURE DISCOVER | Adobe Systems Incorporated |
| 3,539,388 | OMNITURE GENESIS | Adobe Systems Incorporated |
| 3,282,842 | OMNITURE SEARCHCENTER | Adobe Systems Incorporated |
| 2,137,926 | OUCH! | Adobe Systems Incorporated |
| 3,665,058 | OVATION | Adobe Systems Incorporated |
| 3,427,904 | P | Adobe Systems Incorporated |
| 3,660,906 | P | Adobe Systems Incorporated |
| 2,091,087 | PAGEMAKER | Adobe Systems Incorporated |
| 1A86,556 | PAGEMAKER | Adobe Systems Incorporated |
| 2,979,463 | PDF JOBREADY | Adobe Systems Incorporated |
| 1,984,563 | PENUMBRA | Adobe Systems Incorporated |
| 1,882,825 | PEPPERWOOD | Adobe Systems Incorporated |
| 1,850,242 | PHOTOSHOP | Adobe Systems Incorporated |
| 2,920,764 | PHOTOSHOP | Adobe Systems Incorporated |
| 3,702,607 | PHOTOSHOP | Adobe Systems Incorporated |
| 3,693,558 | PIXEL BENDER | Adobe Systems Incorporated |
| 2,066,675 | PLAIN SINGLE LINE RECTANGLES | Adobe Systems Incorporated |
| 1,760,600 | POETICA | Adobe Systems Incorporated |

| 1,692,610 | POPLAR | Adobe Systems Incorporated |
|---|---|---|
| 2,233,952 | POSTINO | Adobe Systems Incorporated |
| 1,544,284 | POSTSCRIPT | Adobe Systems Incorporated |
| 1,463,458 | POSTSCRIPT | Adobe Systems Incorporated |
| 1,383,131 | POSTSCRIPT | Adobe Systems Incorporated |
| 2,066,675 | POSTSCRIPT LOGO | Adobe Systems Incorporated |
| 1,887,832 | QUAKE | Adobe Systems Incorporated |
| 1,935,820 | RAD | Adobe Systems Incorporated |
| 2,548,832 | READER | Adobe Systems Incorporated |
| 3,629,002 | REAL-TIME ANALYTICS | Adobe Systems Incorporated |
| 2,204,266 | RELIQ | Adobe Systems Incorporated |
| 2,953,255 | ROBOENGINE | Adobe Systems Incorporated |
| 1,732,772 | ROBOHELP | Adobe Systems Incorporated |
| 2,498,876 | ROBOHELP | Adobe Systems Incorporated |
| 1,882,826 | ROSEWOOD | Adobe Systems Incorporated |
| 2,993,082 | RYO | Adobe Systems Incorporated |
| 1,893,565 | SANVITO | Adobe Systems Incorporated |
| 2,893,840 | SAVA | Adobe Systems Incorporated |
| 2,690,899 | SCENE7 | Adobe Systems Incorporated |
| 3,410,080 | SEE WHAT'S POSSIBLE | Adobe Systems Incorporated |
| 3,829,118 | SHAPES-BARS-BANDS DESIGN | Adobe Systems Incorporated |
| 3,829,117 | SHAPES-BARS-BANDS DESIGN | Adobe Systems Incorporated |
| 2,603,706 | SHOCKWAVE | Adobe Systems Incorporated |
| 2,606,691 | SHOCKWAVE | Adobe Systems Incorporated |

| 1,901,566 | SHOCKWAVE | Adobe Systems Incorporated |
| 2,648,129 | SHOCKWAVE | Adobe Systems Incorporated |
| 2,388,945 | SHOCKWAVE | Adobe Systems Incorporated |
| 2,145,311 | SHURIKEN BOY | Adobe Systems Incorporated |
| 2,493,281 | SILENTIUM | Adobe Systems Incorporated |
| 3,795,395 | SILICON SLOPES | Adobe Systems Incorporated |
| 3,636,206 | SILICON SLOPES | Adobe Systems Incorporated |
| 3,077,347 | SITECATALYST | Adobe Systems Incorporated |
| 1,985,335 | SOFTWARE VIDEO CAMERA | Adobe Systems Incorporated |
| 1,477,490 | SONATA | Adobe Systems Incorporated |
| 3,350,284 | SOUNDBOOTH | Adobe Systems Incorporated |
| 2,314,590 | STRUMPF | Adobe Systems Incorporated |
| 1,887,833 | STUDZ | Adobe Systems Incorporated |
| 1,682,713 | TEKTON | Adobe Systems Incorporated |
| 2,055,667 | TOOLBOX | Adobe Systems Incorporated |
| 1,626,877 | TRAJAN | Adobe Systems Incorporated |
| 1,674,052 | TYPE REUNION | Adobe Systems Incorporated |
| 2,980,999 | ULTRA | Adobe Systems Incorporated |
| 1,623,439 | UTOPIA | Adobe Systems Incorporated |
| 3,130,396 | VISUAL CALL | Adobe Systems Incorporated |
| 2,883,313 | VERSION CUE | Adobe Systems Incorporated |
| 2,983,111 | VISUAL COMMUNICATOR | Adobe Systems Incorporated |
| 2,805,438 | VISUAL SCIENCES | Adobe Systems Incorporated |

| | | |
|---|---|---|
| 2,872,163 | VISUAL SERVER | Adobe Systems Incorporated |
| 2,840,873 | VISUAL SENSOR | Adobe Systems Incorporated |
| 1,881,212 | VIVA | Adobe Systems Incorporated |
| 2,358,623 | VOLUTA | Adobe Systems Incorporated |
| 2,454,239 | WARNOCK | Adobe Systems Incorporated |
| 2,169,463 | WATERS TITLING | Adobe Systems Incorporated |
| 3,845,778 | WAVE | Adobe Systems Incorporated |
| 3,845,777 | WAVE | Adobe Systems Incorporated |
| 1,717,050 | WILLOW | Adobe Systems Incorporated |
| 2,872,489 | XMP | Adobe Systems Incorporated |
| 4,488,280 | A | Adobe Systems Incorporated |
| 4,488,279 | A | Adobe Systems Incorporated |
| 4,488,273 | ADOBE | Adobe Systems Incorporated |
| 4,502,839 | VIDEOBITE | Adobe Systems Incorporated |
| 4,449,026 | CREATIVE CLOUD | Adobe Systems Incorporated |
| 4,445,045 | CREATIVE CLOUD | Adobe Systems Incorporated |
| 4,433,339 | ADOBE MUSE | Adobe Systems Incorporated |
| 4,419,753 | CREATIVE CLOUD | Adobe Systems Incorporated |
| 4,415,573 | ADOBE MUSE | Adobe Systems Incorporated |
| 4,400,691 | CREATIVE CLOUD | Adobe Systems Incorporated |
| 4,377,065 | C | Adobe Systems Incorporated |
| 4,377,064 | C | Adobe Systems Incorporated |

| | | |
|---|---|---|
| 4,377,056 | CREATIVE CLOUD | Adobe Systems Incorporated |
| 4,373,763 | REVEL | Adobe Systems Incorporated |
| 4,365,953 | 99U | Adobe Systems Incorporated |
| 4,365,783 | THE ALVA AWARD | Adobe Systems Incorporated |
| 4,298,700 | CINEMA DNG | Adobe Systems Incorporated |
| 4,293,242 | SOURCE | Adobe Systems Incorporated |
| 3,922,505 | 99% | Adobe Systems Incorporated |
| 4,262,546 | PRELUDE | Adobe Systems Incorporated |
| 4,186,925 | A | Adobe Systems Incorporated |
| 4,183,465 | A | Adobe Systems Incorporated |
| 4,142,777 | SPEEDGRADE | Adobe Systems Incorporated |
| 4,091,792 | ADOBE | Adobe Systems Incorporated |
| 4,091,791 | ADOBE | Adobe Systems Incorporated |
| 4,087,369 | A | Adobe Systems Incorporated |
| 4,087,358 | ADOBE | Adobe Systems Incorporated |
| 4,084,078 | ECHOSIGN | Adobe Systems Incorporated |
| 4,083,558 | A | Adobe Systems Incorporated |
| 4,083,556 | ADOBE | Adobe Systems Incorporated |
| 4,076,146 | DIGITALPULSE | Adobe Systems Incorporated |
| 4,043,892 | ECHOSIGN | Adobe Systems Incorporated |
| 3,928,167 | ADOBE DISCOVER | Adobe Systems Incorporated |
| 3,993,181 | ADOBE MUSEUM OF DIGITAL MEDIA | Adobe Systems Incorporated |

| 3,988,531 | CS LIVE | Adobe Systems Incorporated |
|---|---|---|
| 3,980,349 | DIGITALPULSE | Adobe Systems Incorporated |
| 3,969,173 | A | Adobe Systems Incorporated |
| 3,957,058 | ADOBE FLASH | Adobe Systems Incorporated |
| 3,949,317 | FLASH | Adobe Systems Incorporated |
| 3,942,255 | ADOBE FINANCIAL SERVICES | Adobe Systems Incorporated |
| 3,940,172 | ADOBE | Adobe Systems Incorporated |
| 3,940,171 | ADOBE | Adobe Systems Incorporated |
| 3,326,824 | BEHANCE | Adobe Systems Incorporated |
| 3,503,191 | BEHANCE | Adobe Systems Incorporated |

# EXHIBIT B

| TITLE OF WORK | Copyright Registration No.(TX form#): | Copyright Claimant |
|---|---|---|
| (Acrobat) PDF Merchant 1.0 | 5-245-071 | Adobe |
| (Acrobat} PDF Writer for Windows | 3-893-507 | Adobe |
| (Acrobat) PDF Writer for Windows | 3-611-925 | Adobe |
| (Acrobat} PDF Writer for Macintosh | 3-893-509 | Adobe |
| (Acrobat) PDF Writer for Macintosh | 3-611-921 | Adobe |
| Accelio Capture Advanced Client 4.0 for Windows | 5-553-357 | Adobe |
| Accelio Capture Designer 4.0 for Windows | 5-658-563 | Adobe |
| Accelio Integrate Suite 6.0 for Windows | 5-553-342 | Adobe |
| Acrobat  Approval 5.0 for Macintosh | 5-654-837 | Adobe |
| Acrobat  Approval 5.0 for Windows | 5-436-556 | Adobe |
| Acrobat  eBook Reader 2.0 Macintosh | 5-335-250 | Adobe |
| Acrobat  eBook Reader 2.0 Windows | 5-335-249 | Adobe |
| Acrobat  Reader 3.0 for Macintosh, Windows and UNIX | 4-509-573 | Adobe |
| Acrobat 3.0 for Macintosh, Windows and UNIX (includes on-line user documentation) | 4-583-920 | Adobe |
| Acrobat 3.0 Mac, Win, Unix | 4-583-920 | Adobe |
| Acrobat 30 8 for Unix | 6-531-652 | Adobe |
| Acrobat 30 8 for Windows | 6-531-651 | Adobe |
| Acrobat 3D for Unix 7.0 | 6-277-232 | Adobe |
| Acrobat 30 Windows 7.0 | 6-277-233 | Adobe |
| Acrobat 4.0 | 4 961 793 | Adobe |
| Acrobat 5.0 for Macintosh | 5-545-266 | Adobe |
| Acrobat 5.0 for Windows | 5-545-265 | Adobe |
| Acrobat 6.0 for Macintosh | 5-748-744 | Adobe |
| Acrobat 6.0 for Windows | 5-748-745 | Adobe |
| Acrobat 7.0 Professional for Macintosh | 6-045-085 | Adobe |
| Acrobat 7.0 Professional for Windows | 6-045-084 | Adobe |
| Acrobat 7.0 Standard for Macintosh | 6-045-087 | Adobe |
| Acrobat 7.0 Standard for Windows | 6-045-086 | Adobe |
| Acrobat 8.0 Professional for Macintosh | 6-390-830 | Adobe |
| Acrobat 8.0"Professional for Windows | 6-390-827 | Adobe |
| Acrobat 8.0 Standard for Macintosh | 6-390-829 | Adobe |
| Acrobat 8.0 Standard for Windows | 6-390-828 | Adobe |
| Acrobat 9 Pro Extended | 6-861-334 | Adobe |
| Acrobat 9 Pro W M | 6-861-289 | Adobe |
| Acrobat 9 Standard W | 6-861-285 | Adobe |
| Acrobat X Standard | 7-357-858 | Adobe |
| Acrobat X Professional | 7-358-035 | Adobe |
| Acrobat X Suite | 7-357-473 | Adobe |
| Acrobat Standard 11 | 7-624-574 | Adobe |
| Acrobat Professional 11 | 7-624-519 | Adobe |
| Acrobat Capture 1.0 for Windows | 4-559-023 | Adobe |
| Acrobat Capture 2.0 for Windows | 4-509-574 | Adobe |
| Acrobat Capture 3.0 for Windows | 5-199-559 | Adobe |
| Acrobat Catalog for Windows | 4-001-286 | Adobe |

| | | |
|---|---|---|
| Acrobat Connect 1.0 for Macintosh | 6-390-834 | Adobe |
| Acrobat Connect 1.0 for Windows | 6-390-835 | Adobe |
| Acrobat Connect Pro 7 for Windows | 6-866-295 | Adobe |
| Acrobat Distiller 2.0 for Microsoft Windows | 3-893-510 | Adobe |
| Acrobat Distiller 2.0 for Macintosh | 3-893-508 | Adobe |
| Acrobat Distiller 2.1 for Macintosh | 4-169-553 | Adobe |
| Acrobat Distiller 2.1 for Microsoft Windows | 4-169-555 | Adobe |
| Acrobat Distiller for Windows | 3-611-924 | Adobe |
| Acrobat Distiller Server 5.0.5 | 5-758-527 | Adobe |
| Acrobat Distiller Server 6.0 for Unix | 5-847-807 | Adobe |
| Acrobat Distiller Server 6.0 for Win | 5-847-832 | Adobe |
| Acrobat Distiller Server 8 for Win, Lin and Solaris | 6-831-118 | Adobe |
| Acrobat Distiller, Macintosh Version | 3-615-516 | Adobe |
| Acrobat Elements 1.0 for Windows | 5-611-299 | Adobe |
| Acrobat Elements 6.0 for Windows | 5-780-821 | Adobe |
| Acrobat Elements 7.0 for Windows | 6-130-474 | Adobe |
| Acrobat Elements Server 6.0 for Windows | 5-848-340 | Adobe |
| Acrobat Exchange 2.0 for Macintosh | 4-001-287 | Adobe |
| Acrobat Exchange 2.0 for Windows | 3-961-129 | Adobe |
| Acrobat Exchange 2.1 for Macintosh | 4-169-554 | Adobe |
| Acrobat Exchange 2.1 for UNIX | 4-231-310 | Adobe |
| Acrobat Exchange and Acrobat Reader for Windows | 3-611-922 | Adobe |
| Acrobat Exchange and Acrobat Reader for Macintosh | 3-611-923 | Adobe |
| Acrobat InProduction 1.0 for Macintosh | 5-200-942 | Adobe |
| Acrobat Messenger 1.0 for Windows NT | 5-241-268 | Adobe |
| Acrobat Reader for the Symbian OS, 1.0 | 5-662-531 | Adobe |
| Acrobat Reader for Palm OS 1.0 Windows | 5-422-793 | Adobe |
| Acrobat Reader for Palm OS 2.0 (Macintosh) | 5-617-023 | Adobe |
| Acrobat Reader for Palm OS 2.0 (Windows) | 5-617-022 | Adobe |
| Acrobat Reader for Palm OS 3.0 (Macintosh) | 5-748-736 | Adobe |
| Acrobat Reader for Palm OS 3.0 (Windows) | 5-735-941 | Adobe |
| Acrobat Reader for Palm OS Beta Windows | 5-422-794 | Adobe |
| Acrobat Reader 2.0 for Macintosh | 3-893-511 | Adobe |
| Acrobat Reader 2.0 for Windows | 3-893-506 | Adobe |
| Acrobat Reader 4.0 | 5-009-974 | Adobe |
| Acrobat Reader 5.0 for Macintosh | 5-412-874 | Adobe |
| Acrobat Reader 5.0 for Windows | 5-412-875 | Adobe |
| Acrobat Reader 5.0.5 for AIX | 5-605-114 | Adobe |
| Acrobat Reader 5.0.5 for HP-UX | 5-605-113 | Adobe |
| Acrobat Reader 5.0.5 for Linux | 5-617-021 | Adobe |
| Acrobat Reader 5.0.5 for Solaris | 5-617-024 | Adobe |
| Acrobat Reader 5.1 for Macintosh | 5-620-676 | Adobe |
| Acrobat Reader 5.1 for Windows | 5-620-677 | Adobe |
| Acrobat Reader for Pocket PC 1.0 | 5-489-269 | Adobe |
| Acrobat Reader for Pocket PC 2.0 | 5-936-595 | Adobe |
| Acrobat Search for Macintosh | 3-991-344 | Adobe |
| Acrobat Search for Windows | 3-978-856 | Adobe |
| Acrobat.com | 7-147-813 | Adobe |
| Adobe Mobile Client 1.0 for Win/Mac | 6-851-423 | Adobe |
| Adobe Accelio Capture Classic FormFlow Filler 2.24 for Windows | 5-605-142 | Adobe |

| | | |
|---|---|---|
| Adobe Accelio Capture Classic FormFlow Starter Kit 2.24 for Windows | 5-605-141 | Adobe |
| Adobe Accelio Present Output Pak for Oracle eBusiness Suite 5.4 for HP-UX | 5-605-117 | Adobe |
| Adobe Accelio Present Output Pak for Oracle eBusiness Suite 5.4 for Solaris | 5-605-118 | Adobe |
| Adobe Accelio Present Output Pak for Oracle eBusiness Suite 5.4 for AIX | 5-605-116 | Adobe |
| Adobe Accelio Present Output Pak for Oracle eBusiness Suite 5.4 for Linux | 5-605-119 | Adobe |
| Adobe Accelio Present Output Pak for Oracle eBusiness Suite 5.4 for Windows | 5-605-115 | Adobe |
| Adobe Accelio Present Central Pro for OS/400 v. 5.4 | 5-579-345 | Adobe |
| Adobe ActiveShare 1.0 | 5-086-423 | Adobe |
| Adobe ActiveShare 1.5 | 5-267-528 | Adobe |
| Adobe After Effects CS5.5 | 7-405-411 | Adobe |
| Adobe After Effects CS 6 | 7-558-717 | Adobe |
| Adobe AIR 1.0 for Windows and Macintosh | 6-853-170 | Adobe |
| Adobe AIR 1.0 for Macintosh and Windows PUBLIC BETA | 6-534-534 | Adobe |
| Adobe AIR 1.5 for Windows and Macintosh | 6-898-909 | Adobe |
| Adobe AIR 1.5 for Linux | 6-898-907 | Adobe |
| Adobe Audition 1.0 for Windows | 5-777-207 | Adobe |
| Adobe Audition 1.5 for Windows | 5-932-189 | Adobe |
| Adobe Audition 2.0 for Windows | 6-277-359 | Adobe |
| Adobe Audition 3.0 for Windows | 6-816-095 | Adobe |
| Adobe Audition CS5.5 | 7-405-296 | Adobe |
| Adobe Audition C6 | 7-555-185 | Adobe |
| Adobe Barcoded Paper Forms Solution 1.0 for Macintosh | 5-936-309 | Adobe |
| Adobe Barcoded Paper Forms Solution 1.0 for Windows | 5-936-308 | Adobe |
| Adobe Captivate 2 for Windows | 6-390-833 | Adobe |
| Adobe Captivate 3 for Windows | 6-457-956 | Adobe |
| Adobe Captivate 4 for Windows · | 6-910-379 | Adobe |
| Adobe Captivate 5 | 7-290-045 | Adobe |
| Adobe Captivate 5.5 | 7-430-534 | Adobe |
| Adobe Cold Fusion Studio | 6-853-248 | Adobe |
| Adobe Central Output Server 5.5 for AIX | 5-644-403 | Adobe |
| Adobe Central Output Server 5.5 for HP-UX | 5-644-404 | Adobe |
| Adobe Central Output Server 5.5 for Linux | 5-644-405 | Adobe |
| Adobe Central Output Server 5.5 for Solaris | 5-644-406 | Adobe |
| Adobe Central Output Server 5.5 for Windows | 5-644-402 | Adobe |
| Adobe Collector's Edition: Patterns & Textures | 2-913-630 | Adobe |
| Adobe Connect Enterprise Server 6 for Windows | 6-391-328 | Adobe |
| Adobe Content Server 2.0for Macintosh | 5-329-295 | Adobe |
| Adobe Content Server 2.0 for Windows | 5-329-299 | Adobe |
| Adobe Content Server 3.0 for Windows | 5-620-679 | Adobe |
| Adobe Creative Suite 2 Professional for Macintosh | 6-131-248 | Adobe |
| Adobe Creative Suite 2 Professional for Windows | 6-131-245 | Adobe |
| Adobe Creative Suite 2 Standard for Macintosh | 6-131-247 | Adobe |
| Adobe Creative Suite 2 Standard for Windows | 6-131-246 | Adobe |
| Adobe Creative Suite 3 Design Premium for Windows | 6-531-657 | Adobe |

| | | |
|---|---|---|
| and Macintosh | | |
| Adobe Creative Suite 3 Design Standard for Windows and Macintosh | 6-531-658 | Adobe |
| Adobe Creative Suite 3 Master Collection d' for Windows and Macintosh | 6-457-918 | Adobe |
| Adobe Creative Suite 3 Productiom Premium for Windows and Macintosh | 6-457-920 | Adobe |
| Adobe Creative Suite 3 Web Premium for Windows and Macintosh | 6-531-656 | Adobe |
| Adobe Creative Suite 3 Web Standard for Windows and Macintosh | 6-531-655 | Adobe |
| Adobe Creative Suite 4 Design Premium | 6-898-921 | Adobe |
| Adobe Creative Suite 4 Design Standard | 6-898-808 | Adobe |
| Adobe Creative Suite 4 Master Collection | 6-898-920 | Adobe |
| Adobe Creative Suite 4 Production Premium | 6-898-757 | Adobe |
| Adobe Creative Suite 4 Web Premium | 6-898-805 | Adobe |
| Adobe Creative Suite 4 Web Standard | 6-898-771 | Adobe |
| Adobe Creative Suite 5 Design Premium | 7-269-789 | Adobe |
| Adobe Creative Suite 5 Design Standard | 7 269-720 | Adobe |
| Adobe Creative Suite 5 Master Collection | 7-269-689 | Adobe |
| Adobe Creative Suite 5 Production Premium | 7-269-721 | Adobe |
| Adobe Creative Suite 5 Web Premium | 7-269-688 | Adobe |
| Adobe Creative Suite 5.5 Design Premium | 7-409-431 | Adobe |
| Adobe Creative Suite 5.5 Design Standard | 7-409-391 | Adobe |
| Adobe Creative Suite 6 Design Standard | 7-568-688 | Adobe |
| Adobe Creative Suite for Macintosh | 5-844-481 | Adobe |
| Adobe Creative Suite for Windows | 5-844-480 | Adobe |
| Adobe CS5.5 Master Collection | 7-409-496 | Adobe |
| Adobe CS6 Master Collection | 7-568-685 | Adobe |
| Adobe CS5.5 Production Premium | 7-409-501 | Adobe |
| Adobe CS6 Production Premium | 7-568-664 | Adobe |
| Adobe CS5.5 Web Premium | 7-409-502 | Adobe |
| Adobe Creative Suite 6 Design and Web Premium | 7-568-713 | Adobe |
| Adobe Designer 6.0 for Windows | 5-932-242 | Adobe |
| Adobe Device Intelligence Portal1.0 for  Windows and Macintosh | 6-457-811 | Adobe |
| Adobe Device Intelligence Portal1.0 for Windows and Macintosh | 6-457-811 | Adobe |
| Adobe Document Security Server 6.0 Linux | 6-042-526 | Adobe |
| Adobe Document Security Server 6.0 Win | 6-042-525 | Adobe |
| Adobe Document Server 5.0 for Reader Extension for Solaris | 5-662-480 | Adobe |
| Adobe Document Server 5.0for Reader Extension for Windows | 5-662-481 | Adobe |
| Adobe Document Server 5.0.for Solaris | 5-662-479 | Adobe |
| Adobe Document Server 5.0 for Windows | 5-662-478 | Adobe |
| Adobe Document Server 6.0 for Reader Extension for Windows | 5-851-171 | Adobe |
| Adobe Document Server 6.0 for Windows | 5-851-168 | Adobe |
| Adobe Dreamweaver CS5.5 | 7-405-555 | Adobe |