E-FILED 12/1/14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation, | Case No.: 2:14-cv-05368-PSG-CW |
| Plaintiff, | [PROPOSED] PRELIMINARY INJUNCTION |
| v. | |
| DIGISOFT, LLC, a Washington Limited Liability Company; and DOES 1-10, Inclusive, | |
| Defendants. | |

The Court, pursuant to the Stipulation for Entry of Preliminary Injunction Against Defendant Digisoft, LLC ("Stipulation"), entered between Plaintiff ADOBE SYSTEMS INCORPORATED ("Plaintiff") and Defendant DIGISOFT, LLC ("Defendant"), hereby ORDERS, ADJUDICATES, and DECREES that a preliminary injunction shall be and hereby is entered pending resolution of this

matter against Defendant as follows:

1.   **PRELIMINARY INJUNCTION.**   Defendant and any person or entity acting in concert with, or at its direction, including any and all officers, directors, agents, servants, employees, and any others over which it may exercise control, are hereby restrained and enjoined from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities:

a.   importing, exporting, downloading, uploading, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's Trademarks or Copyrights, including but not limited to ADOBE® ACROBAT®, CREATIVE SUITE®, DREAMWEAVER®, FLASH®, FIREWORKS®, ILLUSTRATOR®, INDESIGN®, and PHOTOSHOP® marks and works, and/or any Intellectual Property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Trademarks and Copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, meta tags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise.   A list of Plaintiff's registered trademarks is attached and incorporated by reference herein as **Exhibit "A"** (collectively referred to herein as "Plaintiff's Trademarks").   A list of Plaintiff's registered copyrights is attached and incorporated herein as **Exhibit "B"** (collectively referred to herein as "Plaintiff's Copyrights");

b.   importing, exporting, downloading, uploading, marketing, selling, offering for sale, distributing or dealing in any activation codes, keys, or serial numbers relating to any of Plaintiff's purported Trademarks or Copyrights, including but not limited to ADOBE® ACROBAT®, CREATIVE SUITE®, DREAMWEAVER®,      FLASH®,      FIREWORKS®,      ILLUSTRATOR®,

INDESIGN®, and PHOTOSHOP® marks and works, and/or any Intellectual Property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Trademarks or Copyrights;

c.     importing, exporting, downloading, uploading, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any Original Equipment Manufacturer ("OEM"), educational or academic ("EDU"), government, foreign-made, Volume Licensing, or Adobe Employee Software Purchasing Program software, activation keys, code, or serial numbers relating to Plaintiff's Trademarks or Copyrights, including but not limited to ADOBE® ACROBAT®, CREATIVE SUITE®, DREAMWEAVER®, FLASH®, FIREWORKS®, ILLUSTRATOR®, INDESIGN®, and PHOTOSHOP® marks and works;

d.     maintaining active for downloading purposes any servers, computer terminals and/or portals, or any electronic storage medium containing any of Plaintiff's Trademarks and Copyrights, including but not limited to ADOBE® ACROBAT®, CREATIVE SUITE®, DREAMWEAVER®, FLASH®, FIREWORKS®, ILLUSTRATOR®, INDESIGN®, and PHOTOSHOP® marks and works, and/or any Intellectual Property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Trademarks or Copyrights;

e.     performing or allowing others employed by or representing them, or under their control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's Trademarks or Copyrights, including but not limited to ADOBE® ACROBAT®, CREATIVE SUITE®, DREAMWEAVER®, FLASH®, FIREWORKS®, ILLUSTRATOR®, INDESIGN®, and PHOTOSHOP® marks and works, and/or Plaintiff's business reputation or goodwill, including making disparaging, negative, or critical comments regarding Plaintiff or its products;

f.      engaging in any conduct that falsely represents that, or is likely to confuse, mislead, or deceive purchasers, customers, or members of the public to believe that Defendant itself is connected with, is in some way sponsored by or affiliated with, purchases products from, or otherwise has a business relationship with Plaintiff;

g.      hiding, disposing of, destroying, moving, relocating, or transferring any and all products, advertising, promotional materials, or packaging bearing and/or comprised of any of Plaintiff's Trademarks or Copyrights, including but not limited to the ADOBE® ACROBAT®, CREATIVE SUITE®, DREAMWEAVER®, FLASH®, FIREWORKS®, ILLUSTRATOR®, INDESIGN®, and PHOTOSHOP® marks and works, and/or any Intellectual Property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Trademarks or Copyrights;

h.      hiding, disposing of, destroying, moving, relocating, or transferring any and all business records, specifically including any accountings, sales and supply logs, customer journals, ledgers, invoices, and purchase orders, concerning Defendant's import, export, download, upload, marketing, sale, offer for sale, distribution or dealing in any product or service  that uses, or otherwise making any use of, any of Plaintiff's Trademarks or Copyrights, including but not limited to the ADOBE® ACROBAT®, CREATIVE SUITE®, DREAMWEAVER®, FLASH®, FIREWORKS®, ILLUSTRATOR®, INDESIGN®, and PHOTOSHOP® marks and works, and/or any Intellectual Property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Trademarks or Copyrights;

i.      hiding, disposing of, destroying, moving, relocating, or transferring any and all computers, tablets, servers, blade, electronic storage devices, data, meta data, electronic storage media, disks, CDs, DVDs, drives, flash drives, hard drives, or related computer systems that include, denote, contain,

4
[PROPOSED] PRELIMINARY INJUNCTION

possess, maintain and/or are used to transfer any software, computer source code, computer information, decrypted code, directories, files, libraries, and any related data that relate (either directly or indirectly) to Plaintiff's Trademarks or Copyrights; and

j.     using any Internet domain name that includes any of Plaintiff's Trademarks or Copyrights, including but not limited to the ADOBE® ACROBAT®, CREATIVE SUITE®, DREAMWEAVER®, FLASH®, FIREWORKS®, ILLUSTRATOR®, INDESIGN®, and PHOTOSHOP® marks and works.

2.     This Preliminary Injunction shall cover Defendant's activities through any and all sales channels, including but not limited to brick-and-mortar stores, eBay, iOffer, Craigslist, the website located at digisoftstore.com, the website located at genuine-products.com, and any and all other websites, platforms or sales channels.

3.     If Defendant believes any product was specifically authorized for resale by Plaintiff, Defendant shall first present such evidence to Adobe and/or the Court.  Adobe and/or the Court will determine whether any such products may be deemed excluded from this Preliminary Injunction.

4.     Defendant is ordered to deliver to Plaintiff an accounting of all purported ADOBE® products in their possession or under their control bearing and/or comprised of any of Plaintiff's Trademarks or Copyrights, including but not limited to the ADOBE® ACROBAT®, CREATIVE SUITE®, DREAMWEAVER®, FLASH®, FIREWORKS®, ILLUSTRATOR®, INDESIGN®, and PHOTOSHOP® marks and works, and/or any Intellectual Property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Trademarks or Copyrights.

5.     Plaintiff shall not be required to post a bond relating to the entry of this Stipulated Preliminary Injunction.

6.     The Preliminary Injunction shall expire upon the termination of this Action, the voluntary dissolution by the Parties, or the entry of a Permanent Injunction.  The Preliminary Injunction is entered without prejudice to the rights of either party to make a motion to modify or vacate the Preliminary Injunction at any time for any reason.

7.     This Preliminary Injunction shall be deemed to have been served upon Defendant at the time of its execution and entry by the Court.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED, and DECREED this __1st__ day of __December__, 2014.

_____
HON. PHILIP S. GUTIERREZ
United States Senior District Judge
Central District of California