# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>DIGISOFT, LLC, a Washington Limited Liability Company, and DOES 1-10, Inclusive,<br><br>  Defendants. | Case No.: CV14-05368-PSG (CWx)<br><br>**[PROPOSED] ORDER CONTINUING PRE-TRIAL AND TRIAL SCHEDULE**<br><br>**HON. PHILIP S. GUTIERREZ**<br><br>**Current Deadlines:**<br>Discovery Cut-Off: 5/1/2015<br>Last Day to File Motion: 5/19/2015<br>Opening Expert Witness Disclosure: 3/2/2015<br>Rebuttal Expert Witness Disclosure: 3/23/2015<br>Expert Discovery Cut-Off: 5/1/2015<br>Final Pre-Trial Conference (2:30 p.m.): 7/27/2015 |

1
**JOINT STIPULATION TO AMEND AND CONTINUE PRETRIAL AND TRIAL SCHEDULE**

| | |
|---|---|
| Jury Trial: (5 Days, Tuesday) | 8/11/2015 |
| Mediation Cut-Off: | 6/12/2015 |

**PROPOSED DEADLINES**

| | |
|---|---|
| Discovery Cut-Off: | 6/30/2015 |
| Last Day to File Motion: | 7/21/2015 |
| Opening Expert Witness Disclosure: | 5/1/2015 |
| Rebuttal Expert Witness Disclosure: | 5/22/2015 |
| Expert Discovery Cut-Off: | 7/30/2015 |
| Final Pre-Trial Conference (2:30 p.m.): | 9/28/2015 |
| Jury Trial: (5 Days, Tuesday) | 10/13/2015 |
| Mediation Cut-Off: | 8/11/2015 |

Plaintiff ADOBE SYSTEMS INCORPORATED ("Adobe") and Defendant DIGISOFT, LLC ("Defendant"), by and through their respective counsels of record, have stipulated to a continuation of pre-trial and trial deadlines set by this Court on October 31, 2014 (ECF Dkt. #19). The parties have complied with Paragraph 12 of the Court's Standing Order Regarding Newly Assigned Cases and have set forth detailed factual grounds for the requested continuance. The Court, having found good cause basis for the requested continuance, hereby, grants the parties' stipulation.

IT IS HEREBY ORDERED the new pre-trial and trial deadlines for this action are as follows:

### DEADLINES

| | |
|---|---|
| Discovery Cut-Off: | 6/30/2015 |
| Last Day to File Motion: | 7/21/2015 |
| Opening Expert Witness Disclosure: | 5/1/2015 |
| Rebuttal Expert Witness Disclosure: | 5/22/2015 |

| | | |
|---|---|---|
| 1 | Expert Discovery Cut-Off: | 7/30/2015 |
| 2 | Final Pre-Trial Conference (2:30 p.m.): | 9/28/2015 |
| 3 | Jury Trial: (5 Days, Tuesday) | 10/13/2015 |
| 4 | Mediation Cut-Off: | 8/11/2015 |

IT IS SO ORDERED and DECREED this _____ day of April, 2015.

By: _____
HON. PHILIP S. GUTIERREZ
United States District Judge
Central District of California

3
**JOINT STIPULATION TO AMEND AND CONTINUE PRETRIAL AND TRIAL SCHEDULE**